UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARIS,<br><br>    Plaintiff,<br><br>    v.<br><br>E. BRAZIL,<br><br>    Defendant. | No. 2:12-cv-2383 MCE CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 16, 2013, the magistrate judge filed findings and recommendations herein, ECF No. 25, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. The Court subsequently granted Defendant's request for additional time to file objections. See Order, Dec. 26, 2013, ECF No. 27. Defendant filed objections to the findings and recommendations. Objections, Jan. 9, 2014, ECF No. 28.

///

///

///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Defendant's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 25, filed December 16, 2013 are ADOPTED IN FULL;

2. Defendant's motion for summary judgment, ECF No. 20, is DENIED.

Dated: January 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT