1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL PARIS,                            No.  2:12-cv-2383 MCE CKD P

12              Plaintiff,

13         v.                                   ORDER

14    E. BRAZIL, et al.,

15              Defendants.

16

17         On April 2, 2013, the Magistrate Judge issued an order denying plaintiff's motion for

18    appointment of counsel.  On June 24, 2014, plaintiff filed a request for reconsideration of that

19    order.  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no

20    reconsideration thereof is sought from the Court within fourteen days . . . from the date of service

21    of the ruling on the parties."  Id.  Plaintiff's request for reconsideration of the magistrate judge's

22    order of April 2, 2013 is therefore untimely.

23         Moreover, construing plaintiff's motion as a renewed motion for appointment of counsel,

24    the court does not find the required exceptional circumstances to warrant the appointment of

25    counsel.  See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991).

26    ////

27    ////

28    ////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (ECF

2 No. 37) is denied.

3 Dated:  July 3, 2014

4 _____

CAROLYN K. DELANEY

5 UNITED STATES MAGISTRATE JUDGE

6

7

8 2/kly

pari2383.851

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2