UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARIS, | No. 2:12-cv-2383 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| E. BRAZIL, | |
| Defendant. | |

This pro se prisoner civil rights action is set for trial in January 2015. On July 30, 2014, Plaintiff filed a "motion to alter or amend judgment" (ECF No. 44) as to the Magistrate Judge's Order filed July 21, 2014 (ECF No. 42), denying Plaintiff's motion to re-open discovery. Defendant has opposed the motion. See ECF No. 45.

Pursuant to E.D. Local Rule 303(f), a Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that the Magistrate Judge's ruling was clearly erroneous or contrary to law.[1]

////

////

---

[1] Moreover, Plaintiff is advised that there is no mechanism for "staying" a § 1983 action, as compared to the "stay and abeyance" option available in habeas corpus actions. See Kilgore v. Mandeville, 2011 WL 4048406, *2 (E.D. Cal. 2011) (citing Rhines v. Weber, 544 U.S. 269 (2005)).

1

1 | Therefore, upon reconsideration, the Order of the Magistrate Judge filed July 21, 2014
2 | (ECF No. 42) is AFFIRMED and Plaintiff's Motion (ECF No. 44) is DENIED.
3 |     IT IS SO ORDERED.

Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT