UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. BRAZIL,<br><br>　　　　Defendant. | No.  2:12-cv-2383 MCE CKD P<br><br><br>ORDER |

Defendant has requested clarification of the pretrial order issued September 30, 2014, which notes that this matter is set for trial before the Honorable Morrison C. England, Jr. in January 2015.  (ECF No. 49; see ECF No. 48.)  Defendant points out that both parties have consented to the jurisdiction of a magistrate judge and asks whether the trial will before the District Judge or the undersigned.  (ECF Nos. 4, 43.)  To conserve judicial resources, the undersigned will conduct all further proceedings in this matter.  The court will vacate the Pretrial Order and issue an Amended Pretrial Order.

////

////

////

///

////

////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Pretrial Order (ECF No. 48) is hereby vacated; and

2. The Clerk of Court is directed to withdraw the assignment of a district judge to this action. This case will now be referenced as 2:12-cv-2383-CKD.

Dated: October 8, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / pari2383.mj