UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PARIS,

        Plaintiff,                    No. 2:12-cv-2383 CKD P

vs.

E. Brazil,

        Defendant.             **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Michael Paris, inmate G-03234, a necessary and material witness in proceedings in this case on January 5, 2015, is confined in California State Prison, Sacramento, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by telephonic-conferencing at California State Prison, Sacramento, January 5, 2015, at 10:00 a.m..

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California State Prison, Sacramento, 916-294-3072.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Warden of California State Prison, Sacramento, 100 Prison Road, P.O. Box 290002, Represa, California 95671-0002:

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 16, 2014

                                              _/s/ Carolyn K. Delaney_
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

2/kly
pari2383.841vc.revised